# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDUARDO HERNANDEZ, and <br> JAIME CASTELLANOS <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL SULLIVAN, and <br> ADJUSTMENT COMMITTEE <br> EMPLOYEES <br><br> Defendants. | Case No. 18-cv-0606-SMY |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiffs filed a Motion for Preliminary Injunction/Motion for Temporary Restraining Order ("TRO") on March 23, 2018. (Doc. 1). On April 12, 2018, the Court denied the request for a TRO and directed Plaintiffs to file a Complaint (which they had not previously done) no later than May 10, 2018 to properly initiate this action. (Doc. 5). Plaintiffs have now filed a Motion seeking to voluntarily dismiss this action (Doc. 6), which, for the reasons explained below, is **GRANTED**.

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Both Plaintiffs have signed the Motion pursuant to Fed. R. Civ. P. 11. There is no Complaint to serve, so Plaintiffs are clearly within the time period for a Rule 41(a) voluntary dismissal. Furthermore, there is no indication that Plaintiffs have previously pursued this lawsuit.

1

Accordingly, Plaintiffs' Motion to Dismiss is **GRANTED**. (Doc. 6). This case is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to enter judgment and close the case. This dismissal shall not count as one of Plaintiffs' allotted "strikes" under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

**DATED: April 23, 2018**

s/ STACI M. YANDLE  
United States District Judge